OPINION — AG — ** PROCESS SERVER — JURISDICTION ** A LICENSED PROCESS SERVER, LICENSED PURSUANT TO 12 O.S. 158.1 [12-158.1] 'MAY' SERVE PROCESS IN ANY COUNTY IN THE STATE OF OKLAHOMA, BUT HIS AUTHORITY IS LIMITED TO SERVING PROCESS ISSUED BY THE COURT OF THE COUNTY OR COUNTIES THAT GRANTED THE PROCESS SERVER HIS LICENSE. (CIVIL PROCEDURE, LICENSED PRIVATE PROCESS SERVER, SUMMONS, COUNTY, LICENSE, QUALIFICATIONS, BOUNDARY) CITE: 37 O.S. 163.11 [37-163.11] 12 O.S. 158.1 [12-158.1], 12 O.S. 185.1 [12-185.1], 12 O.S. 158.1 [12-158.1](A), 5 O.S. 12 [5-12], 5 O.S. 13 [5-13], 5 O.S. 14 [5-14], 5 O.S. 16 [5-16] [5-16], 12 O.S. 185.1 [12-185.1](B), 12 O.S. 185.1 [12-185.1] [12-185.1](C) (WILLIAM H. LUKER)